UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NEOMI E. McCLENDON, etc.,

    Plaintiff,

v.                                        Case No. 3:04-CV-518-J-25MMH

CITY OF JACKSONVILLE, etc., et al,

    Defendants.

_____/

## O R D E R

This cause is before the Court on Defendants Rutherford, Ponsell and Bible's (Defendants) Motion to Dismiss Official Capacity Claims (Dkt. 21). Plaintiff has filed a Motion for Extension of Time to file an "answer" to the Motion to Dismiss but has filed to file the proposed "answer."

In their Motion to Dismiss, Defendants contend that this action, although alleged to be brought against Defendants in their official capacities, is actually an action against the government agency with which the officials are affiliated. *Busby v. City of Orlando*, 931 F. 2d 764, 776 (11th Cir. 1991); *Gonser v. Twiggs County*, 182 F. Supp. 2d 1253, 1256-57 (M.D. Ga. 2002). Thus, Defendants seek dismissal of the claims against them as well as claims against the Doe and Roe Defendants in their official capacities. This Court agrees that Plaintiff has failed to plead a cause of action against these Defendants in their official capacities.

Accordingly, it is **ORDERED**:

1. Defendants Rutherford, Ponsell and Bible's Motion to Dismiss Official Capacity Claims (Dkt. 21) is **GRANTED**, and this action is hereby **DISMISSED WITH PREJUDICE** as to the

claims against Rutherford, Ponsell and Bible in their official capacities as well as the Doe and Roe Defendants in their official capacities.

2. The Clerk is **DIRECTED** to enter Judgment in favor of Defendants Rutherford, Ponsell Bible, the Doe and Roe Defendants all in their official capacities, and against Plaintiff.

**DONE AND ORDERED** at Jacksonville, Florida, this 21st day of April, 2005.

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Law Clerk